**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEPHANIE BROWN, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAFEGUARD SECURITY & SURVELLIANCE, INC.,<br><br>    Defendant. | Case No. 23-cv-382 |

## **NOTICE OF SETTLEMENT**

    The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a stipulation of dismissal within sixty days.

    */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*